IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON MORGAN,<br><br>        Plaintiff,<br><br>vs.<br><br>CYPRESS BENEFIT ADMINISTRATORS (LHS), LLC, A DELAWARE LIMITED LIABILITY CORPORATION; KLAASMEYER & ASSOCIATES, INC., a Nebraska Corporation.<br><br>        Defendant. | Case No. 8:21-cv-00446-SMB<br><br>MOTION TO DISMISS<br>WITH PREJUDICE |

COMES NOW THE Plaintiff ("Morgan") and moves the Court for an Order of Dismissal with Prejudice as to all Plaintiff's claims pled in this matter for the reason that the parties have reached an amicable resolution of the issues involved in this matter.

WHEREFORE the Plaintiff prays the Court for an Order of Dismissal with Prejudice in the above-entitled matter.

DATED this 22nd day of July 2022.

                                              SHARON MORGAN, Plaintiff

                                              REHM, BENNETT,
                                              MOORE & REHM, P.C., L.L.O.
                                              3701 Union Dr., #200
                                              Lincoln, NE 68516
                                              (402) 402-420-1400
                                              E-mail: rmoore@rehmlaw.com

                                              For the firm:  /s Roger D. Moore
                                                          Roger D. Moore   #21305

1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of July 2022, he served a copy of Plaintiff's Motion To Dismiss With Prejudice by CM/ECF System upon:

Cody Brookhouser-Sisney
Attorney for Cypress Benefit Administrators, LLC
McGrath, North Mullin & Kratz
1601 Dodge St., Ste 3700
Omaha, NE 68102

And via electronic mail to non-CM/ECF participants at:

Klaasmeyer and Associates, Inc.
ken@arborcarecenter.com

                                                                                    /s Roger D. Moore