IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON MORGAN,<br><br>Plaintiff,<br><br>vs.<br><br>CYPRESS BENEFIT ADMINISTRATORS (LHS), A Tennessee Limited Liability Corporation; and KLAASMEYER & ASSOCIATES, INC., a Nebraska corporation;<br><br>Defendants. | 8:21CV446<br><br>ORDER AND JUDGMENT OF DISMISSAL |

This matter comes before the Court on the Plaintiff's motion to dismiss, Filing No. 30. The plaintiff represents to the Court that the action has been settled. Accordingly, the Court finds the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. The plaintiff's motion to dismiss (Filing No. 30) is granted.

2. This action is dismissed with prejudice.

Dated this 27th day of July, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge